UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

NICHOLE LEIGH CHIPPEWA,

        Defendant.
_____/

Criminal No.
Case: 1:24−cr−20268
Assigned To : Ludington, Thomas L.
Referral Judge: Morris, Patricia T.
Assign. Date : 5/21/2024
Description: INFO USA V. CHIPPEWA

# I N F O R M A T I O N

THE UNITED STATES ATTORNEY CHARGES:

(18 U.S.C. § 111(a)(1))
(Assaulting, Resisting, or Impeding Certain Officers)

On or about January 28, 2024, in the Northern Division of the Eastern District of Michigan, Nichole Leigh Chippewa assaulted, resisted, or impeded S.N., a certified Bureau of Indian Affairs Officer during the performance of his official duties, in violation of 18 U.S.C. § 111(a)(1).

Dated: May 21, 2024

DAWN N. ISON
United States Attorney

*s/Roy R. Kranz*
ROY R. KRANZ  (P56903)
Assistant U.S. Attorney
101 First Street, Suite 200
Branch Office
Bay City, Michigan  48708
(989) 895-5712
roy.kranz@usdoj.gov

*s/Anthony P. Vance*
Anthony P. Vance
Assistant U.S. Attorney
Chief, Bay City

**Companion Case information MUST be completed by AUSA and initialed**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | **Case Number** |
|---|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:**   Thomas L. Ludington |
| ☐ **Yes**        X **No** | **AUSA's Initials:**   RRK |

**Case Title:** USA v. Nicole Leigh Chippewa

**County where offense occurred:** Isabella

**Check One:**   _ **Felony**        X **Misdemeanor**        _ **Petty**

  ____Indictment/_____Information ---  **no** prior complaint.
  ____Indictment/  **x**  Information ---  based upon prior complaint [**Case number: 24-mj-30106**]
  ____Indictment/_____Information ---  based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____ **Judge:** _____

 ☐ Corrects errors; no additional charges or defendants.
 ☐ Involves, for plea purposes, different charges or adds counts.
 ☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date: May 21, 2024

*s/Roy R. Kranz*
ROY R. KRANZ
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:   989-895-5712
Fax: 989-895-5790
E-Mail address: Roy.Kranz@usdoj.gov
Attorney Bar #:   P56903

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.